UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMANTHA BOOMER,<br><br>                         Plaintiff,<br><br>-against-<br><br>MILDRED RAMIREZ, ET AL.,<br><br>                        Defendants. | 23-CV-1298 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the April 25, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 25, 2023
            New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge